UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 24-6278

**Case Name** Medrano v. Southern California Permanente Medical Group

**Hearing Location (*city*)** Pasadena, California

**Your Name** Sean T. Strauss

List the sitting dates for the two sitting months you were asked to review:

December 1-5, 8-12, 2025; February 2-6, 9-13, 2026.

Do you have an unresolvable conflict on any of the above dates?  ●Yes  ○No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

December 5, 2025 - Preplanned all-day all hands seminar with client.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○Yes  ●No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** /s/ Sean T. Strauss     **Date** Sept. 9, 2025

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 32                                                                 New 12/01/2018